IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In re: ROBERT W. TESSEN,

           Plaintiff.

JUDGMENT IN A CIVIL CASE

11-cv-526-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Robert W. Tessen's "Third Party Motion for Contempt of Court, and Enforcement of Rights as Determined by Court Order" and dismissing this case.

_____   _____
Peter Oppeneer, Clerk of Court    3/27/12
                                                    Date